AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES L. BROWN,<br>      Plaintiff,<br><br>      v.<br><br>CARTERET COUNTY SHERIFF'S DEPT.,<br>NEWPORT FIRE AND RESCUE, CARTERET<br>COUNTY JAIL, OFFICER COOPER and<br>OFFICER WILLIS,<br>      Defendants. | JUDGMENT IN A CIVIL CASE<br>CASE NO. 4:09-CV-18-F |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Voluntary Dismissal Without Prejudice is ALLOWED, and this case is DISMISSED. All other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case and remove this matter from the court's pre-trial and trial calendars.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 8, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Charles L. Brown (via regular mail to 0048669, 2465 U.S. Highway 70 West, Smithfield, NC 27577)
James R. Morgan, Jr. (via CM/ECF Notice of Electronic Filing)
Julie Bradburn (via CM/ECF Notice of Electronic Filing)
Bradley Owen Wood (via CM/ECF Notice of Electronic Filing)
Brian E. Edes (via CM/ECF Notice of Electronic Filing)
Justin Kenneth Humphries (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| September 8, 2010<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Edwards<br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |